# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 96-1347

———————

Paul A. Bonacci,                         *
                                         *
          Appellant,                     *
                                         *
     v.                                  *
                                         *
Lawrence King; Peter Citron,             *
                                         *
          Defendants,                    *
                                         *   Appeal from the United States
Alan Baer, *                             District Court for the
                                         *   District of Nebraska.
          Appellee,                      *
                                         *
Robert Wadman; Michael Hoch;             *          [Unpublished]
City of Omaha, a municipal               *
corporation; Grand Jury,                 *
Douglas County; The Catholic             *
Archbishop, of Omaha,                    *
                                         *
          Defendants.                    *

———————

Submitted: April 29, 1997

Filed: May 7, 1997

———————

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

———————

PER CURIAM.

     Paul A. Bonacci appeals the district court's grant of summary judgment to Alan Baer in Bonacci's action pursuant to 42 U.S.C. §§ 1983, 1985, and 1986.  We conclude the court's alternative holdings--that Bonacci did not show he was a member of a

traditionally disadvantaged group protected under 42 U.S.C. § 1985(3), and that Bonacci presented no evidence to establish a conspiracy--are correct. Bonacci has not challenged the dismissal of his supplemental state law claims. Having reviewed the record and the parties' briefs, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.